LO MONACO, Appellant, v. MURPHY CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Casparo Lo Monaco against the Murphy Construction Company. J. M. Grossman, for appellant. F. V. John-

son, for respondent. No opinion. Judgment affirmed, with costs. See 132 App. Div. 674, 117 N. Y. Supp. 492. Order filed.